SIDNEY ROSENBLATT, respondent,

*v.*

ABRAHAM LEVIN et al., appellants.

[Decided February 4th, 1941.]

*Mr. John Rauffenbart,* for the respondent.

*Messrs. Endicott & Endicott,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Sooy, and reported at *127 N. J. Eq. 207.*

*For affirmance*—CASE, BODINE, DONGES, PERSKIE, PORTER, DEAR, WELLS, RAFFERTY, HAGUE, JJ. 9.

*For reversal*—THE CHIEF-JUSTICE, PARKER, HEHER, WOLFSKEIL, JJ. 4.